UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:18-CR-00154-03** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BRITTANY S GIX (03)** | **MAGISTRATE JUDGE HAYES** |

**ORDER**

Pending before the Court is a *pro se* Motion for Reconsideration of Compassionate Release and Sentence Reduction [Doc. No. 323] filed by Defendant Brittany Gix ("Gix"). Gix moves the Court to reconsider its March 23, 2022, Memorandum Order [Doc. No. 271] denying her Motion for Compassionate Release [Doc. No. 263]. In her Motion, Gix makes the new argument that her base offense level was incorrectly calculated at sentencing, and in addition to rehashing the same arguments from her Motion for Compassionate Release [Doc. No. 263].

While there is no motion for reconsideration *per se,* there is a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). The Fifth Circuit has explained that a Rule 59(e) motion "calls into question the correctness of a judgment," but "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered," or were offered, "before the entry of judgment." *Templet v. HydroChem, Inc.*, 367 F.3d 473, 478-79 (5thCir. 2004) (citations and internal quotation marks omitted). Gix disagrees with the Court's determination in its prior Ruling [Doc. No. 271]; however, the Court has previously considered and rejected Gix's arguments and finds no reason to alter or amend its Ruling. Further, Gix's new argument is baseless and has no bearing on the Court's decision to deny the Motion to Reconsider. Accordingly,

**IT IS ORDERED** that the *pro se* Motion for Reconsideration of Compassionate Release and Sentence Reduction [Doc. No. 323] filed by Defendant Brittany Gix is **DENIED**.

MONROE, LOUISIANA, this 29th day of March 2023.

_____
Terry A. Doughty
United States District Judge